IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02973-DDD-KLM

CRAIG WEISENBERGER

    Plaintiff,

v.

TRUETT-HURST, INC., a Delaware Corporation, H.D.D. LLC, a California corporation, VERITIV CORPORATION, and VERITIVI OPERATING COMPANY

    Defendants.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff, Craig Weisenberger, by and through his attorneys, Keating Wagner Polidori Free, P.C. and Mithoff Law, and Defendants by and through their attorneys of Godfrey Johnson, P.C. and Resnick & Louis, P.C. hereby submit their Joint Motion to Amend Scheduling Order, and as grounds therefor, states as follows:

1. Discovery is actively ongoing in this case. Plaintiff Craig Weisenberger's deposition is currently scheduled on November 11, 2021, Amy Weisenberger's deposition is scheduled on November 16, 2021, and Plaintiff's treating physician's deposition is scheduled on November 17, 2021. Discovery has been exchanged between Plaintiff and Defendants Truett-Hurst and H.D.D L.L.C. Defendants' Veritiv Corporation and Veritiv Operating Company's Responses to Plaintiff's First Set of Discovery is due on November 3, 2021.

2. The Parties experts have inspected the subject wine bottle on August 26 and 27, 2021. Further, the parties are in the process of scheduling the inspection of the subject wine opener pump with their experts.  The date of inspection has not been set.

3. Plaintiff underwent surgery on August 6, 2021, and is still undergoing physical therapy.  He continues to have difficulty with flexion.  The need for future surgery is unknown.

4. In light of the foregoing, the Parties request that the current Scheduling Order be amended as follows:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Affirmative Expert Disclosure Deadline | November 3, 2021 | December 3, 2021 |
| Rebuttal Expert Disclosure Deadline | December 3, 2021 | January 3, 2022 |
| Deadline to Serve Written Discovery | December 17, 2021 | Remains the same December 17, 2021 |
| Motion to Exclude Expert Testimony (per Judge Daniel Domenico's Practice Standards) | January 3, 2022 | February 2, 2021 |
| Discovery Cut-Off/ Discovery Motions Deadline | January 21, 2022 | February 22, 2022 |
| Dispositive Motions Deadline | February 25, 2022 | March 28, 2022 |

Parties shall file a joint settlement status report on or before 14 days after the close of discovery.

5. This requested extension will not prejudice any party.

2

6. There is no Pre-Trial Conference date set nor has a trial date been set in this case.

7. Pursuant to D.C.COLO.L.Civ.R. 6.1 and this Court's Practice Standards, the Parties are serving this Stipulated Motion on their respective clients as shown on the attached Certificate of Service.

8. Based on the foregoing, the Parties believe there is good cause to amend the Scheduling Order and request that their Joint Motion to Amend the Scheduling Order be granted.

Respectfully submitted this 27th day of October 2021.

        KEATING WAGER POLIDORI FREE, P.C.

        *s/* *Michael O'B Keating*
        Michael O'B Keating, Atty. Reg. #33002
        1290 Broadway, Suite 600,
        Denver, CO 80203
        Telephone:   (303) 534-0401
        Facsimile:    (303) 534-8333
        E-mail: mkeating@keatingwagner.com

        RICHARD WARREN MITHOFF
        Texas State Bar No. 14228500
        rmithoff@mithofflaw.com
        WARNER V. HOCKER
        *Of Counsel*
        Texas State Bar No. 24074422
        whocker@mithofflaw.com
        MITHOFF LAW
        Penthouse, One Allen Center
        500 Dallas Street, Suite 3450
        Houston, TX 77002
        Telephone:   (713) 654-1122
        Facsimile:    (713) 739-8085

        *ATTORNEYS FOR PLAINTIFF*

*~ and ~*

GODFREY | JOHNSON, P.C.

*s/ John R. Hardwick*
John R. Hardwick
Brett M. Godfrey
J. Kirk McGill
9557 S. Kingston Court
Englewood, Colorado 80112
Telephone: (303) 228-0700
Facsimile: (303) 228-0701
Email: hardwick@gojolaw.com
      godfrey@gojolaw.com
      mcgill@gojolaw.com

*ATTORNEYS FOR DEFENDANTS TRUETT-HURST, INC. AND H.D.D. LLC*

RESNICK & LOUIS, P.C.

*s/ Kurt C. Temple*
Kurt C. Temple
6500 South Quebec Street, Suite 300-32
Englewood, CO 80111
Telephone: (720) 874-9082
Email: ktemple@rlattorneys.com

*ATTORNEY FOR DEFENDANTS VERITIV CORPORATION AND VERITIV OPERATING COMPANY*

5

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

John R. Hardwick
Brett Godfrey
J. Kirk McGill
GODFREY | JOHNSON, P.C.
9557 S. Kingston Court
Englewood, Colorado 80112
Email: godfrey@gojolaw.com
      mcgill@gojolaw.com
      hardwick@gojolaw.com

*Attorneys for Defendants Truett-Hurst, Inc. and H.D.D.LLC*


Kurt C. Temple
RESNICK & LOUIS, P.C.
6500 South Quebec Street, Suite 300-32
Englewood, CO 80111
Email:     ktemple@rlattorneys.com

*Attorney for Defendants Veritiv Corporation and Veritiv Operating Company*

                            *s/ Deborah A. Fournier*
                            Deborah A. Fournier, Litigation Paralegal
                            Keating Wagner Polidori Free, P.C.