## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02973-DDD-KLM

CRAIG G. WEISENBERGER,

    Plaintiff,

v.

TRUETT-HURST, INC.
H.D.D. LLC
VERITIV CORPORATION
VERITIV OPERATING COMPANY,

    Defendants.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Craig Weisenberger, by and through counsel, Keating Wagner Polidori Free, P.C. and Mithoff Law, Defendants Truett-Hurst, Inc. and H.D.D. LLC, by and through counsel, GODFREY | JOHNSON, P.C., and Defendants Veritiv Corporation and Veritiv Operating Company, by and through counsel, Resnick & Louis, P.C., hereby submit their Joint Motion to Amend Scheduling Order, and in support thereof, state as follows:

1. Discovery is actively ongoing in this case. Plaintiff Craig Weisenberger's deposition was taken on November 11, 2021, Amy Weisenberger's deposition was taken on November 16, 2021, and Plaintiff's treating physician's deposition was taken on November 17, 2021. Discovery has been exchanged between Plaintiff and the Truett-Hurst Defendants. Discovery has also been exchanged between the Veritiv Defendants and Plaintiff. The Truett-Hurst Defendants' Responses to Veritiv's First Set of Interrogatories, Requests for Production and Requests for Admission are due on December 17, 2021.

2. The Parties experts have completed their inspections of the subject wine bottle on August 26 and 27, 2021, and of the subject wine opener on November 9, 2021. Defendants are in the process of scheduling additional expert testing of exemplar bottles and exemplar wine openers, but need additional time to complete that testing.

3. Plaintiff underwent surgery on August 6, 2021 and is still undergoing physical therapy. He continues to have difficulty with flexion. The need for future surgery continues to remain unknown.

4. In light of the above, the Parties request that the current Scheduling Order be amended as follows:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Affirmative Expert Disclosure Deadline | December 3, 2021 | January 17, 2021 |
| Rebuttal Expert Disclosure Deadline | January 3, 2022 | February 16, 2022 |
| Deadline to Serve Written Discovery | December 17, 2021 | Remains the same. December 17, 2021 |
| Motions to Exclude Expert Testimony (per Judge Domenico's Practice Standards) | February 2, 2022 | March 18, 2022 |
| Discovery Cut-Off and Discovery Motions Deadline | February 22, 2022 | March 24, 2022 |
| Dispositive Motions Deadline | March 28, 2022 | April 27, 2022 |
| The Parties shall file a joint settlement status report on or before 14 days after the close of discovery. | | |

5. The requested extension will not prejudice any party.

6. There is no Pre-Trial Conference date set nor has a trial date been set in this matter.

7. Pursuant to D.C.COLO.LCivR. 6.1 and this Court's Practice Standards, the Parties are serving this Joint Motion on their respective clients as shown on the attached Certificate of Service.

8. This is the Parties second extension of time related to expert disclosure deadlines.

9. Based on the foregoing, the Parties believe there is good cause to amend the Scheduling Order and request that their Joint Motion to Amend the Scheduling Order be granted.

Respectfully submitted this 3rd day of December, 2021.

        KEATING WAGER POLIDORI FREE, P.C.

        *s/ Michael O'B Keating*
        Michael O'B Keating, Atty. Reg. #33002
        1290 Broadway, Suite 600
        Denver, CO 80203
        Telephone:   (303) 534-0401
        Facsimile:    (303) 534-8333
        E-mail: mkeating@keatingwagner.com

        RICHARD WARREN MITHOFF
        Texas State Bar No. 14228500
        rmithoff@mithofflaw.com
        WARNER V. HOCKER
        *Of Counsel*
        Texas State Bar No. 24074422
        whocker@mithofflaw.com
        MITHOFF LAW
        Penthouse, One Allen Center
        500 Dallas Street, Suite 3450
        Houston, TX 77002
        Telephone:   (713) 654-1122
        Facsimile:    (713) 739-8085

        *Attorneys for Plaintiff.*
        GODFREY | JOHNSON, P.C.

        I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

~AND~

s/ John R. Hardwick
John R. Hardwick, Atty. Reg. #51372
Brett Godfrey, Atty. Reg. #16871
9557 S. Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax:    (303) 228-0701
Email: godfrey@gojolaw.com
          hardwick@gojolaw.com

*Attorneys for Defendants Truett-Hurst and H.D.D., LLC*

~AND~

RESNICK & LOUIS, P.C.

s/ Kurt C. Temple
Kurt C. Temple, Atty. Reg. #26877
6500 South Quebec Street, Suite 300-32
Englewood, CO 80111
Telephone:    (720) 874-9082
Email: ktemple@rlattorneys.com

*Attorney for Defendants Veritiv Corporation and Veritiv Operating Company*

4

CERTIFICATE OF SERVICE

   I hereby certify that on this 3rd day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

John R. Hardwick
Brett M. Godfrey
Godfrey Johnson P.C.
9557 S. Kingston Court
Englewood, CO 80112
Email:  hardwick@gojolaw.com
   godfrey@gojolaw.com
*Attorneys for Defendants Truett-Hurst, Inc., and H.D.D. LLC*

Kurt C. Temple
Resnick & Louis, P.C.
6500 South Quebec Street, Suite 300-32
Englewood, CO 80111
Email: ktemple@rlattorneys.com
*Attorney for Defendants Veritiv Corporation and Veritiv Operating Company*

               *s/ Deborah A. Fournier*
               Deborah A. Fournier, Litigation Paralegal
               Keating Wagner Polidori Free, P.C.